RDB 12 CV 1444

United States District Court
For The District of Maryland

FILED LOGGED ENTERED RECEIVED
MAY 14 2012
CLERK US DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Bilal EZ-Ameen Muhammed
A.K.A. Ernest D. Cardoza Jr.

   Plaintiff

— vs —                                              C.A. No.

Greg Bernstein, States Attorney
Detective John A. Moore, Baltimore City Police
Sex Offender Unit.
Stephany Rollings-Blake, Mayor Baltimore City
Martin O'Malley, Governor of Maryland
Douglas Gansler, Attorney General Maryland
Maryland State Police, Sex Offender Registry Unit.
Department of Public Safety and Correctional
Services. Revision of Pretrial Retention and
Services.

Complaint

(1) Plaintiff, Bilal E. Muhammed, A.K.A. Ernest D. Cardoza Jr. hereby files this civil action pursuant to 42 U.S.C. §1983 against the Defendants Conspiracy to violate, abridge, and force the Plaintiff Bilal E. Muhammed to a "Civil Death" by forcing the Plaintiff to register as a "sex offender" without being classified as a "sexual predator," that is required by state law, statute, and case law. As pointed out in Maryland Annotated Code §11-201(N),

(2)

§ 11-701(2), with relevant Case Law; § 11-702.1, § 11-703(a)(2)(b)(c), with Case Law; § 11-704(a)(b), (b)(1) with case Law.

(2) Plaintiff was locked up at Baltimore Detention Center from 2-28-12, to 5-8-12, for "Failure to register" as a Sexual Predator, the case was dismissed via "nan processed."

(3) Plaintiff's United States Constitutional Rights pursuant to the 1st, 5th, 8th and 14th Amendments have been and continue to be abridged and violated w/ the abuse of the States police powers, and their state & civil authority.

## Facts

(1) Plaintiff was convicted in Boston, Mass in Oct. of 1981 for rape of a 47 y. old woman; Plaintiff was released "unconditionally", i.e. No parole, no Probation; not required to register as a "sexual offender", since such issues were cleared up in open court [Plymouth Superior Court].

2) Plaintiff moves to Augusta, Ga [3 yrs], then in 2000 Plaintiff moves to Richmond, Va [4 yrs]. In 2004 Plaintiff settles in Baltimore, MD [2½ yrs] where Plaintiff has continued to live a dignified life as a law abiding citizen.

③

(3) But For Mass. sex offender registry unit contacting the Baltimore City Police Department falsely stating that Plaintiff the Commonwealth in 1993. without informing them (when Plaintiff was a free citizen with no ties to any law enforcement agency or state statute.

(4) Instead of Defendants doing a proper investigation into the Plaintiffs history of living in three (3) different states over the past 20 yrs. as a law abiding citizen, along with the fact that Massachusetts does not have any law that says Plaintiff was required to register as a "sex offender/predator."

(5) Defendants have clearly violated the Plaintiffs Constitutional rights under the Due Process Clause, Procedural Due Process, and Liberty interest rights, pursuant to the 1st, 5th, 8th, and 14th Amendments of the United States Constitution which Plaintiff hereby invokes.

### Prayers For Relief

(1) Plaintiff hereby moves this Honorable Court to grant Plaintiff compensatory damages in the amount of $5 million dollars against the Defendants.



(2) Plaintiff further seeks Punitive Damages against the Defendants for $10. million dollars for Conspiracy to falsely label the Plaintiff as a "Sexual Predator/deviant", without such determination being made by the Judicial system, Sentencing the Plaintiff to two months in Jail having no Counsel, thereby abusing their Stated Civil Authority and Police powers, and sentencing the Plaintiff to a "Civil Death".

### Jurisdiction

This Court has Jurisdiction Pursuant to 42 U.S.C. §1983 to settle all civil matters.

Dated: 5-14-12

Respectfully Submitted,

Butch E. [signature]

Bilal E. Muhammed
2028 Goath Street
Baltimore, Maryland
21223



Clerk, United States District Court
101 W Lombard Street
Baltimore, Maryland 21201-2691